142 So. 680

**Geo. E. STONE, Treasurer, etc., v. STATE ex rel. Jas H. WEBB.**

**I Div. 725.**

Supreme Court of Alabama.

May 19, 1932.

Harry T. Smith & Caffey, of Mobile, for petitioner.

Webb & Shepard and Armbrecht, Hand & Twitty, all of Mobile, for respondent.

PER CURIAM.

Petition of George E. Stone, as treasurer of the Commission of Mobile Road and Sea Wall District, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stone, Treas., etc., v. State ex rel. Webb, 142 So. 679.

Opinion being withdrawn by the Court of Appeals, this petition for certiorari is dismissed.